DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TAVARIS DANIELS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-2039

[January 11, 2024]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard I. Bober, Judge; L.T. Case Nos. 03-07774CF10A and 05-011014CF10A.

Tavaris Daniels, Okeechobee, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CONNER and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***